ANTOLIN AGARWAL LLP
MONTY AGARWAL (SBN 191568)
RACHEL CHANIN (SBN 229253)
3021 Citrus Circle, Suite 220
Walnut Creek, CA 94598
Telephone: 415.377.9356
Email: magarwal@aaclegal.com
       rchanin@aaclegal.com

Attorneys for Plaintiff
THRESHOLD ENTERPRISES, LTD.


EVAN S. NADEL (SBN 213230)
enadel@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY
 AND POPEO P.C.
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Tel: 415.432.6000
Fax: 415.432.6001

Attorneys for Defendant
GINGER SHOTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GINGER SHOTS, INC., a California corporation,<br><br>Defendant. | Case No.: 3:19-cv-02256-CRB<br><br>**JOINT STIPULATED VOLUNTARY DISMISSAL** : ORDER |

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Counterclaim |
| 2 | Defendant Threshold Enterprises Ltd. ("Threshold") and Defendant and Counterclaimant Ginger |
| 3 | Shots, Inc. ("Ginger Shots") hereby stipulate to voluntary dismissal, with prejudice, of this entire |
| 4 | action, including the Complaint and Counterclaim.  Each side shall bear its own attorney's fees and |
| 5 | costs. |

Dated:  July 16, 2019                                          ANTOLIN AGARWAL LLP


By:   /s/ Monty Agarwal
         MONTY AGARWAL
         RACHEL CHANIN
         Attorneys for Plaintiff and Counterclaim
         Defendant Threshold Enterprises Ltd.

Dated:  July 16, 2019                                          MINTZ LEVIN COHN FERRIS GLOVSKY
                                                                              AND POPEO P.C.


By:   /s/ Evan S. Nadel
         EVAN S. NADEL
         Attorneys for Defendant Ginger Shots, Inc.

Date: July 16, 2019

IT IS SO ORDERED

*[Signature]*
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 1 -
JOINT STIPULATED VOLUNTARY DISMISSAL, 3:19-cv-02256-CRB

**ATTESTATION**

I, Monty Agarwal, am the ECF User whose ID and password are being used to file stipulation. In compliance with General Order 45, X.B., I hereby attest that Evan S. Nadel has concurred in this filing.

Dated: July 16, 2019

                                            By: /s/ Monty Agarwal
                                                  MONTY AGARWAL